

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-20,058-25

### EX PARTE CURTIS RAY GOODIE, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 928493-E IN THE 248TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant pleaded guilty to aggravated sexual assault and was sentenced to fifteen years' imprisonment. He did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In his first ground for review in this application, Applicant alleges that he is being improperly required to comply with sex offender conditions of parole in a different case based on his conviction in this case, despite having discharged his sentence in this case. In his second ground, Applicant alleges that the DNA linking him to this offense was unlawfully collected and entered into a DNA database as a result of an error in the judgment from a previous case.

This Court has reviewed Applicant's first ground for review and determined that it is without merit. Therefore, Applicant's first ground is denied. Applicant's second ground for review is barred by Article 11.07, Section 4 of the Texas Code of Criminal Procedure, and is dismissed.

Filed: May 18, 2022
Do not publish